**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                No. 96-4909

ASHLEY RICHARD FOLEY,
Defendant-Appellant.

Appeal from the United States District Court
for the Western District of North Carolina, at Charlotte.
Graham C. Mullen, District Judge.
(CR-96-36-MU)

Submitted: July 24, 1997

Decided: August 4, 1997

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

**COUNSEL**

Aaron E. Michel, Charlotte, North Carolina, for Appellant. Mark T.
Calloway, United States Attorney, David C. Keesler, Assistant United
States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Ashley Foley pled guilty to one count of bank robbery under 18 U.S.C. § 2113(a) (1994). He seeks to appeal his 41-month sentence, contending that the district court erred by refusing to depart downward. Foley filed a motion for a downward departure on the basis of his allegedly diminished capacity, citing the United States Sentencing Commission, Guidelines Manual § 5K2.13 (Nov. 1995). After hearing argument on the motion, the district court concluded that Foley was not entitled to a downward departure and denied the motion.

A sentencing court's discretionary decision not to depart from the guidelines range is not subject to appellate review. See United States v. Bayerle, 898 F.2d 28, 31 (4th Cir. 1990). However, if the court bases its decision not to depart on a perceived lack of legal authority, its decision is a legal one, which is reviewed de novo. See United States v. Hall, 977 F.2d 861, 863 (4th Cir. 1992). Here, the district court stated its finding that Foley had committed bank robbery using an apparently dangerous weapon. On that finding, the district court concluded that Foley had committed a "crime of violence" and was not, therefore, entitled to a departure. See United States v. Weddle, 30 F.3d 532, 537-40 (4th Cir. 1994). The court expressed no desire to depart. We find that the court exercised its sound discretion in deciding not to depart. We therefore determine that the district court's decision is not subject to appellate review and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED